UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES FERGUSON                                                                                    PLAINTIFF

VS.                                                                  CAUSE NO. 3:16-cv-00237-CWR-FKB

TONYA MORGAN, ET AL.                                                                          DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. Docket No. 53. After examining the record evidence in this case, he recommended granting the summary judgment motions filed by Defendants and denying the summary judgment motion filed by James Ferguson. *Id*. Ferguson has objected to the Report and Recommendation. Docket No. 54.

Having fully reviewed the Report and Recommendation, as well as the arguments contained in Ferguson's objection, the Court concludes that the Report and Recommendation is well-reasoned and legally correct, and therefore overrules the Plaintiff's objection. The Magistrate Judge's Report and Recommendation is adopted fully herein by reference. Accordingly, it is ordered that Defendants' motions for summary judgment are granted and that Plaintiff's motion for summary judgment is denied. A separate Final Judgment shall issue this day.

**SO ORDERED AND ADJUDGED**, this the 18th day of September, 2017.

                                                       s/Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE